PROB,12C(d)
(03/06)

April 29, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Francisco ESPARZA-Gutierrez (Spanish)     **Dkt No.:** 07-CR-3323-001-BEN

**Reg. No.:** 06543-298

**Name of Sentencing Judicial Officer:** The Honorable Roger T. Benitez, U.S. District Judge

**Date of Sentence:** January 14, 2008

**Original Offense:** 8 U.S.C. § 1326(a), Deported Alien Found in the United States, a Class E felony

**Sentence:** 60 days custody; 1 year supervised release. *(Special Conditions: If deported not reenter the United States illegally. Supervision waived upon deportation.)*

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** January 14, 2008

**Asst. U.S. Atty.:** Caroline P. Han     **Defense Counsel:** Zandra Lopez (Appointed)
                                                               (619) 233-3169

**Prior Violation History:** None.

---

## PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT

| | |
|---|---|
| Name of Offender: Francisco ESPARZA-Gutierrez | April 29, 2008 |
| Docket No.: 07-CR-3323-001-BEN | Page 2 |

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **CONDITION(S)** | | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|---|
| **(Mandatory Condition)**<br>Not commit another federal, state, or local crime. *(nv1)* | 1. | On or about January 20, 2008, Mr. Esparza-Gutierrez, a previously deported alien, was found in the United States in violation of 8 U.S.C. § 1326(a), as evidenced by his conviction in the U.S. District Court, Southern District of California, Docket No. 08-CR-0416-001-LAB. |
| **(Special Condition)**<br>If deported, or returned to Mexico, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States. *(nv35)* | 2. | On or about January 20, 2008, Mr. Esparza-Gutierrez, a previously deported alien, was found in the United States, as evidenced by his conviction in the U.S. District Court, Southern District of California, Docket No. 08-CR-0416-001-LAB. |

***Grounds for Revocation***: As to allegations 1 and 2, I received and reviewed the complaint (with probable cause statement) and information, which confirmed the following: On the above date, Mr. Esparza-Gutierrez, along with three other individuals, were encountered by a U.S. Border Patrol agent in an area located approximately ten miles east of the Tecate, California, Port of Entry, and approximately one mile north of the United States/Mexico International Boundary. When questioned by the agent, all individuals, including Mr. Esparza-Gutierrez, admitted to being citizens of Mexico illegally present in the United States. Mr. Esparza-Gutierrez had been released from custody to immigration authorities for deportation just six days before.

On March 24, 2008, Mr. Esparza-Gutierrez pled guilty to 8 U.S.C. § 1326(a), Deported Alien Found in the United States and was sentenced to 9 months custody and 5 years supervised release.

Case 3:07-cr-03323-BEN   Document 19   Filed 05/23/2008   Page 3 of 5

PROB,12C(d)

| | |
|---|---|
| Name of Offender: Francisco ESPARZA-Gutierrez | April 29, 2008 |
| Docket No.: 07-CR-3323-001-BEN | Page 3 |

**U.S. Probation Officer Recommendation:** If found in violation, that supervised release be revoked and the offender be sentenced to 10 months custody, consecutive to any sentence he may be serving, pursuant to USSG §7B1.3(f), p.s. (An Expanded Violation Worksheet, 12CW(d), has been attached for the Court's review.)

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** April 29, 2008

Respectfully submitted:

*[signature]*

Cynthia M. Poblete
Supervising U.S. Probation Officer

Attachments

/pjk

PROB,12C(d)

| | |
|---|---|
| Name of Offender: Francisco ESPARZA-Gutierrez | April 29, 2008 |
| Docket No.: 07-CR-3323-001-BEN | Page 4 |

**THE COURT ORDERS:**

__✓__  A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

(Currently detained at San Luis Detention Center, Arizona, under Registration No. 06543-298)

_____  Other _____

_____  _____
The Honorable Roger T. Benitez          5/16/08
U.S. District Judge                              Date

# EXPANDED VIOLATION WORKSHEET

1. **Defendant:** ESPARZA-Gutierrez, Francisco

2. **Docket No. (Year-Sequence-Defendant No.):** 07-CR-3323-001-BEN

3. **List Each Violation and Determine the Applicable Grade** (*See* USSG § 7B1.1):

   | Violation(s) | Grade |
   |---|---|
   | Deported Alien Found in the United States | B |

4. **Most Serious Grade of Violation** (*See* USSG § 7B1.1(b))   [B]

5. **Criminal History Category** (*See* USSG § 7B1.4(a))   [I]

6. **Statutory Maximum Term** (*Custody*) (*See* 18 U.S.C. § 3583(e)(3))
   Upon finding of a violation, the court may modify the conditions of supervision; extend the term if less than the maximum authorized term was previously imposed); or revoke the term of supervised release. If the court revokes supervised release, the maximum term of imprisonment upon revocation is:   [12 months]

7. **Range of Imprisonment** (*Custody*) (*See* USSG § 7B1.4(a))
   A Grade B violation with a Criminal History Category I establishes an imprisonment range of:   [4-10 months]

8. **Statutory Maximum Term** (*Supervised Release*) (*See* 18 U.S.C. § 3583(b))
   If supervised release is revoked and the offender is required to serve a term of imprisonment, the court can reimpose supervised release upon release from custody. The length of such a term shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release, less any term of imprisonment imposed upon revocation. In this case, the court has the authority to reimpose a term of:   [12 months]

9. **Recommendation:**   [10 months custody, consecutive to any other sentence being served. *See* USSG § 7B1.3(f)- w/ no supervised release to follow]

_____   April 29, 2008
                            Date