# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

08 JUN 17 AM 8:22

V.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**WARRANT FOR ARREST**

Francisco Esparza-Gutierrez

BY:

CASE NUMBER:  07cr3323 BEN

06543-298

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       Francisco Esparza-Gutierrez
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE  5/20/08
ARRESTED BY  In court

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 MAY 23 P 4:2

In violation of Title       See Above       United States Code, Section(s)

W. Samuel Hamrick, Jr.                    Clerk of the Court
Name of Issuing Officer                    Title of Issuing Officer

S/J. Hathaway                              05/23/08, San Diego, CA.
Signature of Deputy                         Date and Location

Bail fixed at $     No Bail      by       The Honorable Roger T. Benitez
                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |