**DAVID M.C. PETERSON**
California Bar No. 254498
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:    (619) 234-8467
Facsimile:    (619) 687-2666
Email:         David_Peterson@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 07CR3323-BEN–01 |
| Plaintiff, | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| FRANCISCO ESPARZA-GUTIERREZ, | ) |
| Defendant. | ) |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                           Respectfully submitted,


Dated: July 17, 2008                       */s/ DAVID M. C. PETERSON*
                                           DAVID M.C. PETERSON
                                           Federal Defenders of San Diego, Inc.
                                           Attorneys for Defendant
                                           David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 17, 2008         /s/ *DAVID M. C. PETERSON*
DAVID M.C. PETERSON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
David_Peterson@fd.org (email)